```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TADESSE SHIFERAW,

      Plaintiffs,

-against-

SOHAIL AHMAD, and ARSLAN RIAZ,

      Defendant.

1:24-cv-02890-MKV

**ORDER VACATING CERTIFICATE OF DEFAULT**

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiffs initiated this action by filing a complaint on April 30, 2024.  [ECF No. 6].  On May 23, 2024, Plaintiff filed an Amended Complaint. [ECF No. 10].  The Amended Summons and Complaint were served on Defendant, Arslan Riaz, on July 15, 2024. [ECF No. 16].   On or about August 9, 2024, Plaintiff moved for default judgment against Mr. Riaz. [ECF No. 25].  On August 7, 2024, the Clerk of Court entered a Certificate of Default against Mr. Riaz. [ECF No. 22].  On September 4, 2024, both Defendants, Sohail Ahmad and Arslan Riaz, filed an answer to the Amended Complaint. [ECF No. 28].  On October 4, 2024, Defendants moved to set aside entry of default [ECF No. 29], and on October 17, 2024, Plaintiff moved to withdraw his motion for default judgment, [ECF No. 30].

  In light of the Second Circuit's strong preference for resolving disputes on the merits, *see Currin v. Williams*, 428 F. App'x 21 (2d Cir. 2011), the Clerk of Court's Certificate of Default is **HEREBY SET ASIDE**.

**SO ORDERED.**

**Date:  October 21, 2024**             *Mary Kay Vyskocil*
**New York, NY**               **MARY KAY VYSKOCIL**
                     **United States District Judge**