UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                    :

TADESSE SHIFERAW,                                  :

                         Plaintiff,                            :        24-CV-02890 (JAV)

            -v-                                          :        <u>ORDER SCHEDULING</u>
                                                            :        <u>PRE-TRIAL CONFERENCE</u>

ARSLAN RIAZ and SOHAIL AHMAD,      :

                      Defendants.                      :

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       In response to the parties' letters, the Court shall not impose sanctions at this time. However, Counsel for all parties shall appear for a pretrial conference with the Court on **February 5, 2025, at 11 AM**. The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       **SO ORDERED.**

Dated: January 6, 2025
       New York, New York                             _____
                                                                JEANNETTE A. VARGAS
                                                                United States District Judge